UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RONALD VICK, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | C.A. No. 16-11602-ADB |
| | * | |
| OFFICER SANDBAG, et al., | * | |
| | * | |
| Defendants. | * | |
| | * | |

ORDER OF DISMISSAL

BURROUGHS, D.J.

On August 1, 2016, Ronald Vick, who is incarcerated at the Middlesex County House of Correction, filed a complaint and a motion for leave to proceed *in forma pauperis*.

On August 5, 2016, the Court denied without prejudice the motion for leave to proceed *in forma pauperis* on the ground that Vick had not provided the prison account statement required under 28 U.S.C. § 1915(a)(2).  The Court directed Vick to pay the $400.00 filing fee or file a new motion for leave to proceed *in forma pauperis* with a prison account statement within 21 days.  The Court stated that failure to comply with the directive could result in dismissal of the action.

The time for complying with the Court's directive concerning the filing fee has expired without any submission or payment from Vick.  Accordingly, this action is dismissed without prejudice for failure to pay the filing fee.  This order is a final order of dismissal and closes the case.

IT IS SO ORDERED.

DATE:  9/9/2016

/s/ Allison D. Burroughs
UNITED STATES DISTRICT JUDGE